**CARMEN A. TRUTANICH**, City Attorney SBN 86629x
**GARY G. GEUSS**, Chief Assistant City Attorney
**CORY M. BRENTE,** Supervising Assistant City Attorney
**RICHARD M. ARIAS** Deputy City Attorney (SBN 55416)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, California 90012                                   *MADE JS-6*
Email: Richard.Arias@lacity.org
Phone No.: (213) 978-7025, Fax No.: (213) 978-8785


Attorneys for Defendants CITY OF LOS ANGELES, JOSH ORDONEZ, DAVID
HAYDEN, RAFAEL LOPEZ, NOREEN HERBERT, JAIME MARTINEZ, and
GIOVANNI ESPINOZA


# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA


JOE KLEIN,                          )      CASE NO.: CV11-02714 GW (FFMx)
                                    )      **Assigned to:** *Hon. Judge George Wu*
                                    )      **Ctrm: 10**
                 Plaintiff,         )      **Magistrate:** *Hon. Judge Frederick F. Mumm*
                                    )      **Ctrm: E-9th Floor**
vs.                                 )
                                    )      **JUDGMENT ON SPECIAL**
                                    )      **VERDICT**
CITY OF LOS ANGELES, COUNTY         )
OF LOS ANGELES, LOS ANGELES         )
POLICE DEPARTMENT and DOES          )
1-10 inclusive,                     )
                                    )
                 Defendants.        )
_____     )


        This action came on regularly for trial by jury on June 19, 2012, with attorney

FRANK J. LONGO and LAWRENCE M. LONGO appearing for Plaintiff JOE KLEIN

and Defendants,  CITY OF LOS ANGELES, JOSH ORDONEZ, DAVID HAYDEN,

RAFAEL LOPEZ, NOREEN HERBERT, JAIME MARTINEZ, and GIOVANNI

ESPINOZA appearing in person and by and through RICHARD M. ARIAS, Deputy City

Attorney; a jury of eight persons duly impaneled and sworn; witnesses testified; evidence

was received; and after being duly instructed by the court, the jury deliberated and

thereon returned the following special verdict:

# JUDGMENT ON SPECIAL VERDICT

"TITLE OF COURT AND CAUSE"

"WE, THE JURY, IN THE ABOVE-ENTITLED CAUSE, UNANIMOUSLY FIND AS FOLLOWS:

Please answer by unanimous vote the following questions by placing an ✓ in the space following the appropriate response:

**QUESTION NO. 1:**     Has Plaintiff Joe Klein proved by a preponderance of the evidence that any of the following defendant officers unreasonably seized his property/residence in violation of 42 U.S.C. §1983?

**ANSWER:**

| | | |
|---|---|---|
| JOSH ORDONEZ | Yes _____ | No _✓_ |
| DAVID HAYDEN | Yes _____ | No _✓_ |
| RAFAEL LOPEZ | Yes _____ | No _✓_ |
| NOREEN HERBERT | Yes _____ | No _✓_ |
| JAIME MARTINEZ | Yes _____ | No _✓_ |
| GIOVANNI ESPINOZA | Yes _____ | No _✓_ |

If your answer to Question No. 1 is "Yes" for any of the officers, then proceed to Question No. 2.  If your answer to Question No. 1 is "No" for all of the officers then skip to Question No. 3.

**QUESTION NO. 2:**     Has Plaintiff Joe Klein proved by a preponderance of the evidence that any of those defendants' unreasonable seizure of his property was the moving force that caused harm to him?

**ANSWER:**

|  | JOSH ORDONEZ | Yes _____ | No _____ |
|  | DAVID HAYDEN | Yes _____ | No _____ |
|  | RAFAEL LOPEZ | Yes _____ | No _____ |
|  | NOREEN HERBERT | Yes _____ | No _____ |
|  | JAIME MARTINEZ | Yes _____ | No _____ |
|  | GIOVANNI ESPINOZA | Yes _____ | No _____ |

Now Proceed to Question No. 3

**QUESTION NO. 3:**     Has Plaintiff Joe Klein proved by a preponderance of the evidence that any of the following defendants arrested him without probable cause in violation of 42 U.S.C. §1983?

**ANSWER:**

|  | NOREEN HERBERT | Yes _____ | No __✓__ |
|  | JAIME MARTINEZ | Yes _____ | No __✓__ |

If your answer to Question No. 3 is "Yes" for any of the officers, then proceed to Question No. 4.  If your answer to Question No. 3 is "No" for all of the officers then skip to Question No. 5.

**QUESTION NO. 4:**     Has Plaintiff Joe Klein proved by a preponderance of the evidence that the defendant's arresting him without probable cause was the moving force that caused harm to the Plaintiff?

**ANSWER:**

|  | NOREEN HERBERT | Yes _____ | No _____ |

3

JAIME MARTINEZ                          Yes _____          No _____

Now Proceed to Question No. 5.

**QUESTION NO. 5:**      Has Plaintiff Joe Klein proved by a preponderance of the evidence that Defendant Officer David Hayden used excessive force when he shot at Plaintiff, and/or that Officers Herbert or Martinez used excessive force in arresting him in violation of 42 U.S.C. §1983?

**ANSWER:**

DAVID HAYDEN                            Yes _____          No _✓_
NOREEN HERBERT                          Yes _____          No _✓_
JAIME MARTINEZ                          Yes _____          No _✓_

If your answer to Question No. 5 is "Yes" for any of the officers, then proceed to Question No. 6.  If your answer to Question No. 5 is "No" for all of the officers then skip to Question No. 7.

**QUESTION NO. 6:**      Has Plaintiff Joe Klein proved by a preponderance of the evidence that the defendant's use of excessive force was the moving force that caused harm to him?

**ANSWER:**

DAVID HAYDEN                            Yes _____          No _____
NOREEN HERBERT                          Yes _____          No _____
JAIME MARTINEZ                          Yes _____          No _____

Now Proceed to Question No. 7

4

**QUESTION NO. 7:**      In regards to his claim for intentional infliction of emotional distress, did Plaintiff Joe Klein prove by a preponderance of the evidence that any of the following defendant's conduct was outrageous?

**ANSWER:**

| | | |
|---|---|---|
| JOSH ORDONEZ | Yes _____ | No _✓_ |
| DAVID HAYDEN | Yes _____ | No _✓_ |
| RAFAEL LOPEZ | Yes _____ | No _✓_ |
| NOREEN HERBERT | Yes _____ | No _✓_ |
| JAIME MARTINEZ | Yes _____ | No _✓_ |
| GIOVANNI ESPINOZA | Yes _____ | No _✓_ |

If your answer to Question No. 7 is "Yes", for any of the officers, then answer Question No. 8.  If your answer to Question No. 7 is "No" for all the officers, then skip to Question No. 11.

**QUESTION NO. 8:**      Did Plaintiff Joe Klein prove by a preponderance of the evidence that any of the following defendants intended to cause him emotional distress?

**ANSWER:**

| | | |
|---|---|---|
| JOSH ORDONEZ | Yes _____ | No _____ |
| DAVID HAYDEN | Yes _____ | No _____ |
| RAFAEL LOPEZ | Yes _____ | No _____ |
| NOREEN HERBERT | Yes _____ | No _____ |
| JAIME MARTINEZ | Yes _____ | No _____ |
| GIOVANNI ESPINOZA | Yes _____ | No _____ |

If your answer to Question No. 8 is "Yes", as to any officers, then answer Question

No. 9.  If your answer to Question No. 8 was "No" as to all the officers, then skip to Question No. 11.


**QUESTION NO. 9:**       Did Plaintiff Joe Klein prove by a preponderance of the evidence that he suffered severe emotional distress?


**ANSWER:**              Yes _____          No _____


        If your answer to Question No. 9 is "Yes", then answer Question No. 10.  If you answered "No", to Question No. 9, then skip to Question No. 11.


**QUESTION NO. 10:**     Did Plaintiff Joe Klein prove by a preponderance of the evidence that any of the following defendant's conduct was the substantial factor in causing him severe emotional distress?


**ANSWER:**

| | | |
|---|---|---|
| JOSH ORDONEZ | Yes _____ | No _____ |
| DAVID HAYDEN | Yes _____ | No _____ |
| RAFAEL LOPEZ | Yes _____ | No _____ |
| NOREEN HERBERT | Yes _____ | No _____ |
| JAIME MARTINEZ | Yes _____ | No _____ |
| GIOVANNI ESPINOZA | Yes _____ | No _____ |


        Now Proceed to Question No. 11


**QUESTION NO. 11:**     As to his claim for assault and battery, did Plaintiff Joe Klein prove by a preponderance of the evidence that Defendants Herbert and/or Martinez intentionally touched him or caused him to be touched, and/or that Defendant Hayden

caused Plaintiff to believe that he was about to be contacted in a physically harmful manner?

**ANSWER:**

    NOREEN HERBERT        Yes _____        No _✓_

    JAIME MARTINEZ        Yes _____        No _✓_

    DAVID HAYDEN        Yes _____        No _✓_

    If your answer to Question No. 11 is "Yes", as to any officer, then answer Question No. 12. If you answered "No", as to all the officers then skip to Question No. 15.

**QUESTION NO. 12:**    Did Plaintiff Joe Klein, prove by a preponderance of the evidence that any of those defendants used unreasonable force in arresting him?

**ANSWER:**

    NOREEN HERBERT        Yes _____        No _____

    JAIME MARTINEZ        Yes _____        No _____

    DAVID HAYDEN        Yes _____        No _____

    If your answer to Question No. 12 is "Yes" as to any officer, then answer Question No. 13. If you answered "No", as to all the officers then skip to Question No. 15.

**QUESTION NO. 13:**    Was the Plaintiff actually harmed as a result of the application of unreasonable force?

**ANSWER:**    Yes _____        No _____

**QUESTION NO. 14:**     Was any of the following Defendant Officer's use of unreasonable force a substantial factor in causing Plaintiff's harm?

**ANSWER:**

    NOREEN HERBERT                  Yes _____          No _____

    JAIME MARTINEZ                  Yes _____          No _____

    DAVID HAYDEN                   Yes _____          No _____

    Now answer Question No. 15.

**QUESTION NO. 15:**     As to his claim for false arrest, did Plaintiff Joe Klein, prove by a preponderance of the evidence that defendant Herbert and/or Martinez arrested him without a warrant?

**ANSWER:**

    NOREEN HERBERT                  Yes _✓__          No _____

    JAIME MARTINEZ                  Yes _✓__          No _____

    If you answer to Question No. 15 is "Yes" as to any Defendant, then answer Question No. 16.  If you answered "No" as to both, then skip to Question No. 19.

**QUESTION NO. 16:**     Has either Defendant shown by a preponderance of the evidence that he or she had reasonable cause to believe that Plaintiff had committed a crime in Defendant's presence such that he or she had authority to arrest the Plaintiff without a warrant?

**ANSWER:**              Yes _✓__        No _____

If your answer to question No. 16 is "No", then answer Question No. 17.  If you answered "Yes", then skip to Question No. 19.

**QUESTION NO. 17:**     Was the Plaintiff actually harmed by the arrest without a warrant?

**ANSWER:**             Yes \_\_\_\_          No \_\_\_\_

If your answer to Question No. 17 is "No", then skip to Question No. 19.  If you answered "Yes", then answer Question No. 18.

**QUESTION NO. 18:**     Was either defendant's conduct a substantial factor in causing him harm?

**ANSWER:**

NOREEN HERBERT                Yes \_\_\_\_          No \_\_\_\_

JAIME MARTINEZ                Yes \_\_\_\_          No \_\_\_\_

Now proceed to answer Question No. 19.

**QUESTION NO. 19:**     As to his claim for trespass, did Plaintiff Joe Klein, prove by a preponderance of the evidence that  occupied and/or controlled some  property or residence?

**ANSWER:**             Yes  ✓          No \_\_\_\_

If your answer to Question No. 19 is "Yes", then answer Question No. 20.  If you answered "No", then skip to Question No. 23.

9

**QUESTION NO. 20:**     Did Plaintiff Joe Klein, prove that any of the Defendant Officers  entered  property or residence occupied or controlled by him without valid consent or permission?

**ANSWER:**

| | | |
|---|---|---|
| JOSH ORDONEZ | Yes  ✓ | No ____ |
| DAVID HAYDEN | Yes  ✓ | No ____ |
| RAFAEL LOPEZ | Yes  ✓ | No ____ |
| NOREEN HERBERT | Yes  ✓ | No ____ |
| JAIME MARTINEZ | Yes  ✓ | No ____ |
| GIOVANNI ESPINOZA | Yes  ✓ | No ____ |

Now Proceed to Question No. 21.

If your answer to Question No. 20 is "Yes", then answer Question No. 21.  If you answered "No", then skip to Question No. 23.

**QUESTION NO. 21:**     Did the Plaintiff  prove that he was actually harmed by that trespass?

**ANSWER:**            Yes  ✓            No ____

If your answer to question No. 21 is "Yes", then answer Question No. 22.  If you answered "No", then skip to Question No. 23.

**QUESTION NO. 22:**     Did Plaintiff Joe Klein  prove that any Defendant's entry into his property was a substantial factor in causing him harm?

**ANSWER:**          Yes _____          No _✓_

          If your answered "Yes" to any portion of Question Nos. 2, 4, 5, 10, 14, 18 or 22, then proceed to Question No. 23.

          Otherwise, have your foreperson date, sign and turn in this Special Verdict Form.

**QUESTION NO. 23:**     What are Plaintiff, Joe Klein's total damages as to the violation of 42 U.S.C. §1983 - Seizure of Property (you may refer to your answers to Questions Nos. 1 and 2 above)?

**ANSWER:**

    [a.]   medical expenses                    $_____

             past economic loss                    $_____

             Total Past Economic Damages: $_____

    [b.]   Future economic loss                  $_____

             medical expenses                    $_____

             other future economic loss        $_____

             Total Future Economic Damages:      $_____

    [c.]   Past noneconomic loss, including

             [physical pain/mental suffering]:                     $_____

    [d.]   Future noneconomic loss, including

             [physical pain/mental suffering]:                     $_____

                                    **TOTAL**     $_____

**QUESTION NO. 24:**     What are Plaintiff, Joe Klein's total damages as the violation of 42 U. S. C. §1983 - False Arrest wihtout Probable Cause (you may refer to your answers to Questions Nos. 3 and 4 above)?

**ANSWER:**

    [a.]    medical expenses         $_____

             past economic loss         $_____

             Total Past Economic Damages: $_____

    [b.]    Future economic loss       $_____

             medical expenses         $_____

             other future economic loss   $_____

             Total Future Economic Damages:   $_____

    [c.]    Past noneconomic loss, including

             [physical pain/mental suffering]:        $_____

    [d.]    Future noneconomic loss, including

             [physical pain/mental suffering]:        $_____

                                    **TOTAL**      $_____

**QUESTION NO. 25:**     What are Plaintiff, Joe Klein's total damages as the violation of 42 U. S. C. §1983 - Excessive Force (you may refer to your answers to Questions Nos. 5 and 6 above)?

**ANSWER:**

    As to DAVID HAYDEN:

    [a.]    medical expenses         $_____

1       past economic loss                        $_____

2       Total Past Economic Damages: $_____

3

4       [b.]   Future economic loss              $_____

5              medical expenses                  $_____

6              other future economic loss        $_____

7       Total Future Economic Damages:        $_____

8

9       [c.]   Past noneconomic loss, including

10             [physical pain/mental suffering]:                    $_____

11

12      [d.]   Future noneconomic loss, including

13             [physical pain/mental suffering]:                    $_____

14                                    **TOTAL**         $_____

15

16  **ANSWER:**

17      As to NOREEN HERBERT:

18      [a.]   medical expenses                  $_____

19             past economic loss                $_____

20      Total Past Economic Damages: $_____

21

22      [b.]   Future economic loss              $_____

23             medical expenses                  $_____

24             other future economic loss        $_____

25      Total Future Economic Damages:        $_____

26

27      [c.]   Past noneconomic loss, including

28             [physical pain/mental suffering]:                    $_____

1  [d.]   Future noneconomic loss, including

2          [physical pain/mental suffering]:                    $_____

3                                          **TOTAL**           $_____

4

5  **ANSWER:**

6      As to JAIME MARTINEZ:

7  [a.]   medical expenses              $_____

8          past economic loss            $_____

9          Total Past Economic Damages: $_____

10

11  [b.]   Future economic loss          $_____

12          medical expenses              $_____

13          other future economic loss    $_____

14          Total Future Economic Damages:     $_____

15

16  [c.]   Past noneconomic loss, including

17          [physical pain/mental suffering]:                    $_____

18

19  [d.]   Future noneconomic loss, including

20          [physical pain/mental suffering]:                    $_____

21                                          **TOTAL**           $_____

22

23  **QUESTION NO. 26:**   What are Plaintiff, Joe Klein's total damages as to the claim of

24  Intentional Infliction of Emotional Distress (you may refer to your answers to Questions

25  Nos. 7 through 10 above)?

26

27  **ANSWER:**

28      [a.]   medical expenses              $_____

1    past economic loss                    $_____

2    Total Past Economic Damages: $_____

3

4    [b.]    Future economic loss            $_____

5            medical expenses                $_____

6            other future economic loss      $_____

7            Total Future Economic Damages:        $_____

8

9    [c.]    Past noneconomic loss, including

10           [physical pain/mental suffering]:                      $_____

11

12   [d.]    Future noneconomic loss, including

13           [physical pain/mental suffering]:                      $_____

14                                    **TOTAL**        $_____

15

16   **QUESTION NO. 27:**    What are Plaintiff, Joe Klein's total damages as to his claim for

17   Assault and Battery (you may refer to your answers to Questions Nos. 11 through 14

18   above)?

19

20   **ANSWER:**

21       As to DAVID HAYDEN:

22   [a.]    medical expenses                $_____

23           past economic loss              $_____

24           Total Past Economic Damages: $_____

25

26   [b.]    Future economic loss            $_____

27           medical expenses                $_____

28           other future economic loss      $_____

15

1        Total Future Economic Damages:     $_____

2

3    [c.]   Past noneconomic loss, including

4           [physical pain/mental suffering]:              $_____

5

6    [d.]   Future noneconomic loss, including

7           [physical pain/mental suffering]:              $_____

8                                          **TOTAL**   $_____

9

10   **ANSWER:**

11       As to NOREEN HERBERT:

12   [a.]   medical expenses              $_____

13          past economic loss            $_____

14          Total Past Economic Damages: $_____

15

16   [b.]   Future economic loss          $_____

17          medical expenses              $_____

18          other future economic loss    $_____

19          Total Future Economic Damages:     $_____

20

21   [c.]   Past noneconomic loss, including

22          [physical pain/mental suffering]:              $_____

23

24   [d.]   Future noneconomic loss, including

25          [physical pain/mental suffering]:              $_____

26                                         **TOTAL**   $_____

27

28

**ANSWER:**

As to JAIME MARTINEZ:

[a.]  medical expenses                 $_____

      past economic loss              $_____

      Total Past Economic Damages: $_____


[b.]  Future economic loss            $_____

      medical expenses                $_____

      other future economic loss      $_____

      Total Future Economic Damages:      $_____


[c.]  Past noneconomic loss, including

      [physical pain/mental suffering]:              $_____


[d.]  Future noneconomic loss, including

      [physical pain/mental suffering]:              $_____

                              **TOTAL**    $_____


**QUESTION NO. 28:**    What are Plaintiff, Joe Klein's total damages as to his claim for False Arrest (you may refer to your answers to Questions Nos. 1 through 18 above)?


**ANSWER:**

As to DAVID HAYDEN:

[a.]  medical expenses                 $_____

      past economic loss              $_____

      Total Past Economic Damages: $_____

[b.]   Future economic loss            $_____

       medical expenses               $_____

       other future economic loss     $_____

       Total Future Economic Damages:     $_____


[c.]   Past noneconomic loss, including

       [physical pain/mental suffering]:                $_____


[d.]   Future noneconomic loss, including

       [physical pain/mental suffering]:                $_____

                              **TOTAL**     $_____


**QUESTION NO. 29:**     What are Plaintiff, Joe Klein's total damages as to his claim for Trespass (you may refer to your answers to Questions Nos. 19 through 22 above)?


**ANSWER:**

       As to DAVID HAYDEN:

[a.]   medical expenses               $_____

       past economic loss             $_____

       Total Past Economic Damages: $_____


[b.]   Future economic loss            $_____

       medical expenses               $_____

       other future economic loss     $_____

       Total Future Economic Damages:     $_____


[c.]   Past noneconomic loss, including

       [physical pain/mental suffering]:                $_____

[d.]    Future noneconomic loss, including

[physical pain/mental suffering]:                $_____

**TOTAL**                $_____

If Plaintiff, Joe Klein has proved any damages, then Answer Question No. 30.

If Plaintiff, Joe Klein has not proved any damages then have your foreperson date, sign, and turn in this Special Verdict Form.

**QUESTION NO. 30:**    Did the Plaintiff prove by a preponderance of the evidence that any of the Defendant(s), acted with malice, oppression or reckless disregard for purposes of punitive damages as to his federal claims under 42 U.S.C. §1983 (you may refer to your answers to Questions Nos. 1 through 6 above)?

**ANSWER:**

JOSH ORDONEZ            Yes _____        No _____

DAVID HAYDEN            Yes _____        No _____

RAFAEL LOPEZ            Yes _____        No _____

NOREEN HERBERT            Yes _____        No _____

JAIME MARTINEZ            Yes _____        No _____

GIOVANNI ESPINOZA            Yes _____        No _____

**QUESTION NO. 31:**    Did the Plaintiff prove by a clear and convincing evidence that any of the Defendant(s), acted with malice, oppression or reckless disregard as to Plaintiff's claims under California law (his claims for Intentional Infliction of Emotional Distress, False Arrest, Assault and Battery, and Trespass (you may refer to your answers to Questions Nos. 7 through 22 above)?

**ANSWER:**

| | | |
|---|---|---|
| JOSH ORDONEZ | Yes _____ | No _____ |
| DAVID HAYDEN | Yes _____ | No _____ |
| RAFAEL LOPEZ | Yes _____ | No _____ |
| NOREEN HERBERT | Yes _____ | No _____ |
| JAIME MARTINEZ | Yes _____ | No _____ |
| GIOVANNI ESPINOZA | Yes _____ | No _____ |

Dated: June 28, 2012          Signature: _____ /s/ _____

Foreperson of the Jury

## JUDGMENT

**THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1.     That judgment be, and hereby is, entered in favor of the Defendants and against the Plaintiff;

2.     That the Plaintiff shall take nothing;

3.     That the Defendants recover their costs of suit herein.


DATED: July 2, 2012

_____
HONORABLE S. GEORGE WU
UNITED STATES DISTRICT JUDGE